IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00287 -ZLW-MEH

NEWDEA INC., a Delaware corporation,

    Plaintiff,

v.

"CENTRAL MFG. INC.," a Delaware corporation;
"CHESTNUT INDUSTRIES INC.," a Delaware corporation;
"S INDUSTRIES INC.," a Delaware corporation;
"SENTRA INDUSTRIES INC.," a Delaware corporation;
"STEALTH INDUSTRIES, INC.," a Delaware corporation;
"USA SPORTS CO. INC.," a Delaware corporation;
and each of the above
*d/b/a* "CENTRAL MANUFACTURING CO.;"
*d/b/a* "CENTRAL MFG CO. (INC.);"
*d/b/a* "CENTRAL MFG CO. TRADEMARK & LICENSING,"
*d/b/a* S. INDUSTRIES INC.;"
d/b/a "TERMINATOR;"
*d/b/a* "STEALTH;"
d/b/a "RENTAMARK;"
*d/b/a* "RENTAMARK.COM;"
d/b/a "STEALTH SPORTS AND MARINE;"
*d/b/a* "ASSOCIATION NETWORK MANAGEMENT;"
*d/b/a* "STEALTH INDUSTRIES, INC.;"
*d/b/a* "EMARK;" and
*d/b/a* "SENTRA;"

    Defendants.

_____

ORDER
_____

After consideration of the case file herein, I hereby exercise my discretion as a

senior judge to decline this case. Therefore, it

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

Dated at Denver, Colorado, this  22  day of February, 2006.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court