IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00287-WYD-MEH

NEWDEA INC., a Delaware Corporation,

       Plaintiff(s),

v.

"CENTRAL MFG. INC.", a Delaware Corporation;
"CHESTNUT INDUSTRIES INC.", a Delaware Corporation;
"S INDUSTRIES INC.", a Delaware Corporation;
"SENTRA INDUSTRIES INC.", a Delaware Corporation;
"STEALTH INDUSTRIES, INC.", a Delaware Corporation;
"USA SPORTS CO. INC.", a Delaware Corporation;
and each of the above *d/b/a* "CENTRAL MANUFACTURING CO."; *d/b/a* "CENTRAL MFG. CO."; *d/b/a* "CENTRAL MFG. CO. (INC.)"; *d/b/a* "CENTRAL MFG. CO. TRADEMARK & LICENSING"; *d/b/a* "S. INDUSTRIES INC."; *d/b/a* "TERMINATOR"; *d/b/a* "STEALTH"; *d/b/a* "RENTAMARK"; *d/b/a* "RENTAMARK.COM"; *d/b/a* "STEALTH SPORTS AND MARINE"; *d/b/a* "ASSOCIATION NETWORK MANAGEMENT"; *d/b/a* "STEALTH INDUSTRIES, INC."; *d/b/a* "EMARK"; and *d/b/a* "SENTRA";

       Defendant(s).

**ORDER**

The Plaintiff has filed a Notice of Voluntary Dismissal With Prejudice [#18].  After careful review of the file, the Court has concluded that the notice should be approved and that Plaintiffs' claims against the Defendants should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That Plaintiffs' Voluntary Dismissal With Prejudice is **APPROVED**; and

that Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated: October 16, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge